IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EVANSTON INSURANCE COMPANY and )
SKILSTAF, INC., a corporation, )
)
    Plaintiffs, )
)
v. )   CASE NO. 3:05cv545-W
)   Tallapoosa, Alabama -
WILLIS INSURANCE SERVICES OF )   Alexander City Division;
GEORGIA, INC. (f/k/a WILLIS CORROON )   Circuit Court Case No. CV-05-94
CORPORATION OF GEORGIA, INC.), )
)
    Defendants. )

STATE OF ALABAMA    )
)
COUNTY OF MONTGOMERY  )

### AFFIDAVIT OF GEORGE R. PARKER

Before me, a notary public in and for said county and state, personally appeared George R. Parker who, being known to me, did depose on oath and state:

1.    My name is George R. Parker, and I am a practicing attorney in the State of Alabama employed with the law firm of Bradley Arant Rose & White LLP. I am over the age of nineteen years of age, am of sound mind, and am competent to make this affidavit. This affidavit is based upon my personal knowledge and is to be used in support of Willis Insurance Services of Georgia Inc.'s Notice of Removal filed in the above-styled action.

2.    I have reviewed documents I retrieved from the Alabama Secretary of State's website (http://www.sos.state.al.us/index.cfm) concerning Skilstaf Inc.'s state of incorporation and principal place of business. While Skilstaf Inc.'s state of incorporation and principal place

of business are not specifically stated in its Complaint in this case, information obtained from the Alabama Secretary of State's website (which is attached as Exhibit 1 to this affidavit) indicates that Skilstaf Inc. is incorporated in the State of Alabama and that its principal place of business is in the State of Alabama.

3.  Neither the principal place of business nor the state of incorporation of Evanston Insurance Company is alleged in its Complaint in this case. However, in three Complaints filed by Evanston Insurance Company in the United States District Court for the Northern District of Alabama, in particular Evanston Insurance Co. v. Geriatric Psychological Services, Inc.; et.al. (2003cv01007); Evanston Insurance Co. v. Professional Underwriters Liability Insurance Co. (2005cv00743); and Evanston Insurance Co. v. The Doctors Co. (2003cv02788), Evanston Insurance Company has alleged that it is a corporation organized under the laws of the State of Illinois with its principal place of business in the State of Illinois. (These Complaints, without attachments, are attached as Exhibits 2-4 to this affidavit).

Further affiant saith not.

_____
GEORGE R. PARKER

## NOTARIAL ACKNOWLEDGMENT

I, the undersigned, a Notary Public in and for said county in said state, hereby certify that George R. Parker, whose name is signed to the foregoing affidavit and who is known to me, acknowledged before me on this day that, being informed of the contents of the above and foregoing, executed the same voluntarily on the day the same bears date.

Given under my hand and seal on this the 7th day of June, 2005.

_____
Notary Public

[NOTARIAL SEAL] My commission expires: 3/27/07

1/1340192.1                                3