

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

```
Corporation
  Legal Name:    Skilstaf, Inc.                                    D/C 017-640

  Place Of Inc:  Tallapoosa County

  Date Of Inc.:  09-21-1957  Merged.: 12-29-1995

  Merged Into.:  Employee Accounting Services, Inc.

  Reg Agent...:  * Not On Data Base

  Prin Address:  ALEX CITY, AL

  Capital Amt.:  $8,300 Authorized  $8,300 Paid In

  Nat Of Bus..:  DEAL IN AUTO PARTS, ACCESSORIES, GENERAL HARDWARE

  Names Of Inc:  STARK, J R
                 BENCE, ROY
                 ALLEN, L J
```

**TRANSACTION LIST**      1995  **ANNUAL REPORTS**
                   ← **PREVIOUS PAGE**




© 2005, Office of the Secretary of State, State of Alabama

EXHIBIT " 1 "