IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.), <br><br> Defendants. | CASE NO. 3:05cv545-W <br> Tallapoosa, Alabama,- <br> Alexander City Division; <br> Circuit Court Case No. CV-05-94 |

STATE OF TENNESSEE )
)
COUNTY OF DAVIDSON )

### AFFIDAVIT OF HOLLY GAY YOUNG

Before me, a notary public in and for said county and state, personally appeared Holly Gay Young who, being known to me, did depose on oath and state:

1. My name is Holly Gay Young, and I am Secretary of Willis Insurance Services of Georgia, Inc. ("Willis"). I am over the age of nineteen years of age, am of sound mind, and am competent to make this affidavit. This affidavit is based upon my personal knowledge.

2. Willis is a corporation established under the laws of the State of Georgia with its principle place of business in Atlanta, Georgia.

1

Further affiant saith not.

_____
Holly Gay Young

## NOTARIAL ACKNOWLEDGMENT

I, the undersigned, a Notary Public in and for said county in said state, hereby certify that Holly Gay Young, whose name is signed to the foregoing affidavit and who is known to me, acknowledged before me on this day that, being informed of the contents of the above and foregoing, executed the same voluntarily on the day the same bears date.

Given under my hand and seal on this the 3rd day of June, 2005.

_____
Notary Public

My commission expires: 5/30/07

My Commission Expires MAY 30, 2007