## IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
### ALEXANDER CITY DIVISION

EVANSTON INSURANCE COMPANY and )
SKILSTAF, INC., a corporation, )
                            )
       Plaintiffs, )
                            )
v. )                        *3: 05cv545-W*
                            )   Circuit Court Case No. ~~CV-05-94~~
WILLIS INSURANCE SERVICES OF )
GEORGIA, INC. (f/k/a WILLIS CORROON )
CORPORATION OF GEORGIA, INC.), )
                            )
       Defendants. )

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Clerk of Court, Circuit Court of Tallapoosa County, Alabama, Alexander City Division

       YOU ARE HEREBY NOTIFIED of the filing of the Notice of Removal in the United States District Court for the Middle District of Alabama, Eastern Division, of the case of *Evanston Insurance Co. and Skilstaf, Inc. v. Willis Insurance Services of Georgia, Inc. (f/k/a Willis Corroon Corporation of Georgia, Inc.)*, said case bearing Civil Action File No. CV-05-94 in the Circuit Court of Tallapoosa County, Alabama, Alexander City Division, all in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446. A copy of the Notice of Removal is attached and has been sent to Tabor R. Novak, Jr., as attorney for Plaintiffs, those Plaintiffs being all the adverse parties.

                            Respectfully submitted,

                            *Rusha C. Smith*

                            Rusha C. Smith (SMI195)
                            BRADLEY ARANT ROSE & WHITE LLP
                            One Federal Place
                            1819 Fifth Avenue North
                            Birmingham, AL 35203-2104
                            Telephone: (205) 521-8000
                            Facsimile: (205) 521-8800

-and-

George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Attorneys for Defendant
Willis Insurance Services of Georgia, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

Tabor R. Novak, Jr., Esq.
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36102-2148

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 9th day of June, 2005.

_Rusha C. Smith_
OF COUNSEL

2

1/1337041.1