IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EVANSTON INSURANCE COMPANY and )
SKILSTAF, INC., a corporation, )
 )
Plaintiffs, )
 )
v. ) CASE NO. 3:05cv545-W
 ) Tallapoosa, Alabama,-
WILLIS INSURANCE SERVICES OF ) Alexander City Division
GEORGIA, INC. (f/k/a WILLIS CORROON ) Circuit Court Case No. CV-05-94
CORPORATION OF GEORGIA, INC.), )
 )
Defendants. )

## CORPORATE DISCLOSURE STATEMENT

Defendant Willis Insurance Services of Georgia, Inc. submits this statement identifying that the following are parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates of said party that have issued shares to the public:

Willis Group Holdings Limited

*Rusha C. Smith*
Rusha C. Smith (SMI195)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

1/1341526.1                           1

-and-

George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Attorneys for Defendant
Willis Insurance Services of Georgia, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

Tabor R. Novak, Jr., Esq.
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36102-2148

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 9th day of June, 2005.

*Rusha C. Smith*
OF COUNSEL