IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, <br><br> and <br><br> SKILSTAF, INC., a corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.), <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No.: 3:05-cv-00545-SRW ) ) **MOTION GRANTED** ) ) THIS 27th DAY OF June, 2005 ) ) _____ ) UNITED STATES MAGISTRATE JUDGE ) ) |

## MOTION TO AMEND COMPLAINT

COME NOW the plaintiffs and, pursuant to the terms and provisions of Rule 15(a), Federal Rules of Civil Procedure, move this Court to permit them to amend their complaint in the form attached hereto as Exhibit "A". For grounds, your movants would show unto the Court as follows:

1. The plaintiffs, SkilStaf, Inc. (SkilStaf) and Evanston Insurance Company (Evanston) filed their Summons and Complaint in the Circuit Court for Tallapoosa County, Alexander City Division, on the 6th day of May, 2005.

2. Thereafter, this action was removed to the United States District Court for the Middle District of Alabama, Eastern Division.

3. In response to the complaint, the defendant has filed a Motion to Dismiss the claims of Evanston questioning the standing of Evanston to seek recovery herein as to the defendant.

4. The purpose of the Amended Complaint is limited to more fully reciting the rights of Evanston, as a real party in interest within the meaning of Rule 17(a), Federal Rules of Civil Procedure, to pursue its claims against the defendant.