IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 3:05-cv-545<br>) |
| WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.), | )<br>)<br>)<br>) |
| Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

    Tabor R. Novak, Jr., representing the Plaintiffs; and

    Rusha C. Smith and George R. Parker, representing the Defendant.

2. **Pre-Discovery Disclosures**. The parties shall exchange the information required by Rule 26(a)(1) within 21 days of the entry of the Court's scheduling order.

3. **Discovery Plan**. The parties jointly propose the following discovery plan:

    (1) All discovery commenced in time to be completed by May 18, 2006.

    (2) Maximum of 10 depositions for the Plaintiff and 10 depositions for the Defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties. These limitations do not include depositions of witnesses designated below in Paragraph 4, Subsection 2, as experts. Each party is entitled to a deposition of each designated expert, not to exceed 7 hours per deposition.

    (3) Maximum of 30 Interrogatories by each party, with responses due within thirty days after service.

    (4) Maximum of 20 Requests for Admissions by each party, with responses due within thirty days after service.

1/1355011.1

 (5) Maximum of 30 Requests for Production by each party, with responses due within thirty days after service.

 (6) Supplements under Fed.R.Civ.P. Rule 26(e), are due 30 days before the close of discovery.

4. **Other Items**.

 (1) The parties do not request a conference with the Court before entry of the scheduling order.

 (2) The parties do consent to the exercise of final dispositive jurisdiction of this case by U.S. Magistrate Judge Susan Russ Walker, pursuant to 28 U.S.C. § 636(c).

 (3) Reports from retained experts under Rule 26(a)(2) F.R.C.P. are due from the Plaintiffs by February 9, 2006, and any such experts shall be made available for deposition by no later than February 24, 2006. Reports from retained experts from the Defendant are due by March 8, 2006, and any such experts shall be made available for deposition by not later than March 23, 2006.

 (4) The parties request a pretrial conference during the week of June 5, 2006.

 (5) All potentially dispositive motions should be filed by May 1, 2006.

 (6) Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

 (7) Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

 (8) Final list of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

  a. By the Plaintiffs: 30 days before trial; and

  b. By the Defendant: 30 days before trial.

 (9) Objections are to be filed within 15 days after receipt of final list.

 (10) This case should be ready for trial at the July 2006 term.

 (11) Trial is expected to last 3-4 days.

1/1355011.1

The attorneys for the parties jointly prepared this Report of the Parties' Planning Meeting, and counsel for the Plaintiffs have reviewed this report and given permission to the Defendant's counsel to electronically file it with the Court on behalf of the parties.

Respectfully submitted this the 29th day of July, 2005.

Respectfully submitted,

                                    s/George R. Parker
                                    Rusha C. Smith
                                    George R. Parker
                                    **Bradley Arant Rose & White LLP**
                                    Alabama Center for Commerce
                                    401 Adams Ave, Ste.780
                                    Montgomery, AL 36104
                                    Telephone:  (334) 956-7700
                                    Facsimile:   (334) 956-7701

                                    **Attorneys for Defendants**

1/1355011.1