IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EVANSTON INSURANCE COMPANY,  )
et al.,                                                       )
                                                               )
                    Plaintiffs,                         )
                                                               )
         v.                                                  )                    CIVIL ACTION NO. 3:05CV545-W
                                                               )
WILLIS INSURANCE SERVICES       )
OF GEORGIA, INC.,                           )
                                                               )
                    Defendant.                        )

**ORDER**

This action is presently before the court on the motion to dismiss filed by defendant

on August 1, 2005 (Doc. # 12).  Upon consideration of the motion, it is

ORDERED that plaintiffs may respond to the motion on or before August 15, 2005.

Defendant may file a reply brief on or before August 23, 2005.[1]

Additionally, the undersigned Magistrate Judge cannot proceed in this action

without written consent from all parties.  Accordingly, it is further ORDERED that all

parties are DIRECTED to execute and send to the Clerk, on or before August 23, 2005,

either the attached form consenting to Magistrate Judge jurisdiction or the form requesting

---

[1] The motion will be submitted for decision without oral argument.  Should the court
determine that oral argument is necessary, a hearing date will be scheduled later.

reassignment to a District Judge.[2] **DO NOT FILE THIS FORM ELECTRONICALLY.**

DONE, this 3rd day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[2] This order supersedes any notice the parties may have received or may hereafter receive from the Clerk of the Court regarding consent to Magistrate Judge jurisdiction. Any party to the lawsuit has the right to decline assignment of this case to a Magistrate Judge and to request random reassignment of this case to a District Judge for all purposes including trial and the entry of final judgment. The Magistrate Judge will not be advised of the identity of any party requesting reassignment.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____,          )
                                           )
            Plaintiff(s),                  )
                                           )
v.                                         )          CIVIL ACTION NO. _____
                                           )
_____,          )
                                           )
            Defendant(s).                  )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter   hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.


_____
Date                         _____
                             Signature


                             _____
                             Counsel For (**print** name of all parties)



                             _____
                             Address, City, State Zip Code



                             _____
                             Telephone Number


**DO NOT FILE THIS FORM ELECTRONICALLY**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____,  )
                                   )
            Plaintiff(s),           )
                                   )
v.                                  )          CIVIL ACTION NO. _____
                                   )
_____,  )
                                   )
            Defendant(s).            )

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil

jurisdiction in this case. The undersigned party requests reassignment of this case to a United States

District Judge.

_____          _____
     Date                 Signature


                          _____
                          Counsel For (**print** name of all parties)



                          _____
                          Address, City, State Zip Code



                          _____
                          Telephone Number


**DO NOT FILE THIS FORM ELECTRONICALLY**