**RECEIVED**
2005 AUG -5 P 3: 40

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Evanston Insurance Co., et al. ) | | |
| Plaintiff(s), ) | | |
| ) | | |
| v. ) | CIVIL ACTION NO. 3:05CV545-W | |
| ) | | |
| Willis Insurance Services ) | | |
| of Georgia, Inc. ) | | |
| Defendant(s). ) | | |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Aug. 5, 2005
Date

_Sabor R. Novak_
Signature

Evanston Insurance Company
SkilStaf, Inc. (Plaintiffs)
Counsel For (**print** name of all parties)

P.O. Box 2148
Montgomery, AL. 36102-2148
Address, City, State Zip Code

334-387-7680
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**