RECEIVED
2005 AUG -5 A 10: 02

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Evanston Insurance Company and Skilstaf, Inc., a corporation, | ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05-cv-545 |
| Willis Insurance Services, of Georgia, Inc., (f/k/a Willis Corroon Corporaton of Georgia, Inc.), Defendant(s). | ) ) ) ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

August 4, 2005
Date

_Rusho C. Smith_
Signature

Willis Insurance Services of Georgia, Inc.
Counsel For (**print** name of all parties)

Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Address, City, State Zip Code

(205) 521-8010
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**