IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 AUG 31 P 3:39

| | |
|---|---|
| EVANSTON INSURANCE COMPANY )<br>)<br>and )<br>)<br>SKILSTAF, INC., a corporation, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WILLIS INSURANCE SERVICES OF )<br>GEORGIA, INC. (f/k/a WILLIS )<br>CORROON CORPORATION OF )<br>GEORGIA, INC.), )<br>)<br>Defendant. ) | Case No. 3:05-cv-00545-SRW |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE* BY EVANSTON INSURANCE COMPANY AND SKILSTAF, INC.

COMES NOW Plaintiffs Evanston Insurance Company ("Evanston") and SkilStaf, Inc. ("SkilStaf") by their attorney, Tabor R. Novak, Jr., and hereby move for the admission, *pro hac vice,* of Regina K. McCabe ("McCabe") as additional counsel for Evanston and SkilStaf, and in support thereof avers the following:

1. Tabor R. Novak, Jr., is a member of the firm of Ball, Ball, Matthews & Novak, P.A. and is one of the attorneys for Evanston and SkilStaf and is admitted to practice before the United States District Court for the Middle District of Alabama.

2. Regina K. McCabe is an attorney at law duly licensed to practice in the State of Illinois. She is admitted to practice before the United States District Court for the Northern District of Illinois, Eastern Division, the District in which she regularly practices. Attached is a certificate of good standing issued to Ms. McCabe by that Court.

1

3.  The prosecution of this case involves complex insurance issues with which Regina K. McCabe is familiar and has been retained by Evanston and SkilStaf to appear as attorney herein.

WHEREFORE, Evanston and SkilStaf, through its counsel, Tabor R. Novak, Jr. move for the admission of Regina K. McCabe *pro hac vice* for the limited purposes of these proceedings.

BALL, BALL, MATTHEWS & NOVAK, P.A.

*/s/ Tabor R. Novak*
TABOR R. NOVAK, JR. - NOV001
As One of the Attorneys for
Evanston Insurance Company and SkilStaf, Inc.

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148

Of Counsel:

Regina K. McCabe, Esq.
Boundas, Skarzynski, Walsh & Black, LLC
200 East Randolph Drive, Suite 7200
Chicago, Illinois 60601
Telephone: 312-946-4299
Telecopier: 312-946-4272
Attorney Code: 33739

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon all counsel of record, as indicated below, by the CM/ECF - E-Service system which will send notification of such filing this 31st day of August, 2005 to the following:

Email: rsmith@bradleyarant.com; cadkins@bradleyarant.com

Email gparker@bradleyarant.com, rpatterson@bradleyarant.com

_____
Of Counsel

N:\10985 (30435)\PLEADINGS\Motion for Adm. of Counsel.doc



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Regina K. McCabe

was duly admitted to practice in this Court on    December 17, 1981

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on        Michael W. Dobbins, Clerk of Court
August 26, 2005
                    by    Tiana Davis
                           Deputy Clerk