IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 AUG 31 P 3: 39

| | |
|---|---|
| EVANSTON INSURANCE COMPANY )<br>)<br>and )<br>)<br>SKILSTAF, INC., a corporation, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WILLIS INSURANCE SERVICES OF )<br>GEORGIA, INC. (f/k/a WILLIS )<br>CORROON CORPORATION OF )<br>GEORGIA, INC.), )<br>)<br>Defendant. ) | Case No. 3:05-cv-00545-SRW |

**MOTION GRANTED**
THIS 2nd DAY OF September, 2005
_____
UNITED STATES MAGISTRATE JUDGE

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE* BY EVANSTON INSURANCE COMPANY AND SKILSTAF, INC.

COMES NOW Plaintiffs Evanston Insurance Company ("Evanston") and SkilStaf, Inc. ("SkilStaf") by their attorney, Tabor R. Novak, Jr., and hereby move for the admission, *pro hac vice*, of Regina K. McCabe ("McCabe") as additional counsel for Evanston and SkilStaf, and in support thereof avers the following:

1. Tabor R. Novak, Jr., is a member of the firm of Ball, Ball, Matthews & Novak, P.A. and is one of the attorneys for Evanston and SkilStaf and is admitted to practice before the United States District Court for the Middle District of Alabama.

2. Regina K. McCabe is an attorney at law duly licensed to practice in the State of Illinois. She is admitted to practice before the United States District Court for the Northern District of Illinois, Eastern Division, the District in which she regularly practices. Attached is a certificate of good standing issued to Ms. McCabe by that Court.

1