IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| EVANSTON INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05cv545-SRW WO |
| WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.), | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER ON MOTION

Upon consideration of defendant's motion to stay uniform scheduling order (Doc. # 24), filed January 20, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE