IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05cv545-SRW |
| WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of defendant's additional motion to dismiss (Doc. # 27), filed February 8, 2006, and for good cause, it is

ORDERED that plaintiffs may file a response to the motion on or before February 27, 2006.

It is further ORDERED that plaintiff's motion to amend stay (Doc. # 26), filed February 8, 2006, is DENIED.

Done, this 14th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE