IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   CASE NO. 3:05-cv-545 ) |
| WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.), | ) ) ) ) |
| Defendant. | ) |

**MOTION FOR STIPULATED PROTECTIVE ORDER
REGARDING CONFIDENTIAL DOCUMENTS**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant Willis Insurance Services of Georgia, Inc. ("Willis"), through its counsel, moves this Court to enter the attached Stipulated Protective Order Regarding Confidential Documents concerning certain documents and information that the parties have or will provide to each other in response to discovery in this action. In support of this motion, Willis states as follows:

1.      Willis has requested certain documents and information, specifically documents and information from the underlying lawsuit filed in the Superior Court of Burke County, Georgia, styled *Ramstar Mills v. SkilStaf, Inc., et al.*, Civil Action No. 99-v-26, and the settlement of the same, which Plaintiffs Evanston Insurance Company and Skilstaf, Inc. (hereinafter jointly referred to as "Plaintiffs") maintain should be treated as confidential.

2.      Plaintiffs agreed to produce certain such documents and information upon the entry of a Protective Order, ensuring the confidentiality of those documents and that information.

1

3. All the parties have agreed that the proposed Stipulated Protective Order, which is attached, is appropriate, and accordingly, it is signed by all of the parties in this case.

WHEREFORE, Willis respectfully requests that this Court, pursuant to Fed. R. Civ. P. 26(c), enter the attached Stipulated Protective Order as proposed.

Respectfully submitted,

s/ George R. Parker
George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: gparker@bradleyarant.com

-and-

Rusha C. Smith (SMI195)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: rsmith@bradleyarant.com

Attorneys for Defendant
Willis Insurance Services of Georgia, Inc.

1/1426768.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Tabor R. Novak, Jr., Esq.
        Ball, Ball, Matthews & Novak
        2000 Interstate Park Drive, Suite 204
        Montgomery, AL 36102-2148

        Regina McCabe, Esq.
        Boundas, Skarzynski, Walsh & Black, LLC
        200 E. Randolph Drive
        Suite 7200
        Chicago, IL 60601

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        None

        Respectfully submitted,

        s/ George R. Parker
        George R. Parker
        Bradley Arant Rose & White LLP
        Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701
        E-mail: gparker@bradleyarant.com

1/1426768.1