IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 3:05-cv-545 |
| WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.), ) ) ) ) | **MOTION DENIED** THIS 27th DAY OF March, 2006 _____ UNITED STATES MAGISTRATE JUDGE |
| Defendant. ) | |

<u>DEFENDANT WILLIS INSURANCE SERVICES OF GEORGIA, INC.'S MOTION TO RECONSIDER COURT'S MEMORANDUM OPINION DENYING DEFENDANT'S ADDITIONAL MOTION TO DISMISS PLAINTIFF EVANSTON INSURANCE COMPANY'S CLAIMS AND MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF SKILSTAF, INC. FOR FAILURE TO JOIN INDISPENSABLE PARTY</u>

Defendant Willis Insurance Services of Georgia, Inc. ("Willis" or "Defendant"), by and through its counsel of record, submits the following Motion to Reconsider Court's Memorandum Opinion (Doc # 33, filed March 16, 2006) Denying Defendant's Additional Motion to Dismiss Plaintiff Evanston Insurance Company's Claims and Motion for Judgment on the Pleadings as to Plaintiff Skilstaf, Inc. for Failure to Join Indispensable Party (Doc # 27, filed Feb. 8, 2006). In support of this motion, Willis states as follows:

1. In Plaintiffs' Response to Defendant's Motion to Dismiss and Motion for Judgment on the Pleadings (Doc # 30, filed Feb. 27, 2006) ("Plaintiffs' Response"), which was filed by Plaintiff Evanston Insurance Company ("Evanston") and Plaintiff Skilstaf, Inc. ("Skilstaf") (hereinafter jointly referred to as "Plaintiffs"), they acknowledge that no claims have been made against Travelers Casualty and Surety Company of America ("Travelers") in this lawsuit, specifically providing that Skilstaf has not claimed that Travelers breached its insurance

1

1/1436081.1