IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 3:05-cv-545<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO AMEND UNIFORM SCHEDULING ORDER

COME NOW the plaintiffs, Evanston Insurance Company and SkilStaf, Inc., and respectfully request this Court amend the Uniform Scheduling Order so as to provide for earlier identification by the defendant of expert witnesses. For grounds, your movants would show unto the Court as follows:

1. Pursuant to §8 of the Scheduling Order, the plaintiffs are required to identify expert witnesses on December 12, 2006.

2. A Pretrial Conference is scheduled in this matter for January 8, 2007 at 4:30 p.m.

3. The defendant is not required, under the proposed Scheduling Order, to identify expert witnesses until January 12, 2007, after the Pretrial Conference is scheduled.

1

4.    The parties are obligated to identify documents, depositions, and furnish exhibits and evidence on January 24, 2007, only 12 days after the defendant has identified expert witnesses.

5.    Experts are often difficult to schedule, may be nonresidents of the state of Alabama, and otherwise have technical testimony which will require review and analysis prior to the final identification of deposition testimony, exhibits/evidence and documents, and prior to formulating final contentions for inclusion in the Pretrial Order.

6.    The plaintiffs respectfully request that the Uniform Scheduling Order be amended so as to provide that the defendant will identify expert witnesses well in advance of the Pretrial Conference, well in advance of the date at which time the parties must identify documents, designate deposition testimony for use at trial, and furnish exhibits and evidence, so as to provide the plaintiff an adequate opportunity to take the depositions of the plaintiffs' experts and to properly prepare for pretrial and trial accordingly.

BALL, BALL, MATTHEWS & NOVAK, P.A.

/s/Tabor R. Novak, Jr.  NOV001

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

Regina K. McCabe, Esq.
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Drive, Suite 7200
Chicago, Illinois 60601
Telephone: 312/946-4299
Telecopier: 312/946-4272
Email: mccabe@bswb.com

As Attorneys for the Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rusha Christina Smith, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: rsmith@bradleyarant.com; cadkins@bradleyarant.com

George Robert Parker, Esq.
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
gparker@bradleyarant.com; rpatterson@bradleyarant.com

/s/Tabor R. Novak, Jr. – NOV001
OF COUNSEL