IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 3:05cv545-W |
| WILLIS INSURANCE SERVICES OF GEORGIA, INC. (F/k/a Willis Corroon Corp of GA, Inc., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of plaintiff's motion to amend scheduling order (Doc. # 37), filed March 29, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Plaintiffs shall identify their expert witnesses on or before October 2, 2006 and defendants shall identify their expert witnesses on or before November 2, 2006.

DONE, this 31st day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE