IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05cv545-SRW |
| WILLIS INSURANCE SERVICES OF GEORGIA, INC., (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On September 20, 2006, the parties mediated this case with a private mediator. Mr. Van Tassel notified the court in writing that the parties had reached a settlement. Accordingly, it is

ORDERED that on or before October 20, 2006, the parties shall file a joint motion to dismiss or other appropriate pleadings.

DONE, this 26th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE