IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and )<br>SKILSTAF, INC., a corporation,                    )<br>                                                                  )<br>        Plaintiffs,                                      )<br>                                                                  )<br>v.                                                             )<br>                                                                  )<br>WILLIS INSURANCE SERVICES OF       )<br>GEORGIA, INC. (f/k/a WILLIS CORROON )<br>CORPORATION OF GEORGIA, INC.),     )<br>                                                                  )<br>        Defendant.                                    ) | CASE NO. 3:05-cv-545 |

## JOINT MOTION TO EXTEND DEADLINE FOR FILING DISMISSAL DOCUMENTS

COME NOW counsel for Plaintiffs and counsel for Defendant and request a ten (10) day extension until October 31, 2006, to file the appropriate dismissal documents as ordered in this Court's September 26, 2006, Order. As grounds therefore, the parties state as follows:

1.    The parties mediated this case on September 20, 2006.

2.    This Court issued an Order on September 26, 2006, ordering the parties to file the appropriate dismissal documents with this Court on or before October 20, 2006.

3.    The parties are still working on the necessary paperwork and need an additional ten (10) days to finalize and file the same with this Court.

WHEREFORE, counsel for Plaintiffs and counsel for Defendant request this Honorable Court to allow them ten (10) additional days until October 31, 2006, to file the appropriate dismissal documents with this Court.

1

                        Respectfully submitted,

                        /s/ Rusha C. Smith
                        Rusha C. Smith
                        One of the Attorneys for Defendant

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: rsmith@bradleyarant.com

George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: gparker@bradleyarant.com

                        /s/ Tabor R. Novak, Jr.
                        Tabor R. Novak, Jr.
                        One of the Attorneys for Plaintiffs

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36102-2148

Regina McCabe
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 E. Randolph Drive
Suite 7200
Chicago, IL 60601