IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.),<br><br>Defendant. | CASE NO. 3:05-cv-545 |

## JOINT MOTION TO EXTEND DEADLINE FOR FILING DISMISSAL DOCUMENTS

COME NOW counsel for Plaintiffs and counsel for Defendant and request a ten (10) day extension until October 31, 2006, to file the appropriate dismissal documents as ordered in this Court's September 26, 2006, Order. As grounds therefore, the parties state as follows:

1. The parties mediated this case on September 20, 2006.

2. This Court issued an Order on September 26, 2006, ordering the parties to file the appropriate dismissal documents with this Court on or before October 20, 2006.

3. The parties are still working on the necessary paperwork and need an additional ten (10) days to finalize and file the same with this Court.

WHEREFORE, counsel for Plaintiffs and counsel for Defendant request this Honorable Court to allow them ten (10) additional days until October 31, 2006, to file the appropriate dismissal documents with this Court.

SCANNED

1

**MOTION GRANTED**

THIS 23rd DAY OF October, 2006

_____
UNITED STATES MAGISTRATE JUDGE