IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 3:05-cv-545<br>)<br>) |
| WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC., | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

**JOINT MOTION TO EXTEND DEADLINE
FOR FILING DISMISSAL DOCUMENTS**

COME NOW counsel for Plaintiffs and counsel for Defendant and request a ten (10) day extension until November 10, 2006, to file the appropriate dismissal documents as ordered in this Court's September 26, 2006, Order. As grounds therefore, the parties state as follows:

1. The parties mediated this case on September 20, 2006.

2. This Court issued an Order on September 26, 2006, ordering the parties to file the appropriate dismissal documents with this Court on or before October 20, 2006.

3. The parties are still working on the paperwork. A second draft of the proposed Release is currently being reviewed by the Defendant and the parties request an additional ten (10) days to finalize closing documents and file them with this Court.

WHEREFORE, counsel for Plaintiffs and counsel for the Defendant request this Honorable Court to allow them ten (10) additional days until November 10, 2006, to file the appropriate dismissal documents with this Court.

1

Respectfully submitted,


/s/ Rusha C. Smith
Rusha C. Smith
One of the Attorneys for Defendant

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205)521-8000
Facsimile: (205) 521-8800
E-mail: rsmith@bradleyarant.com

George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334)956-7700
Facsimile: (334)956-7701
E-mail: gparker#bradleyarant.com


/s/Tabor R. Novak, Jr.
Tabor R. Novak, Jr.
One of the Attorneys for Plaintiffs

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

Regina K. McCabe, Esq.
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 E. Randolph Drive, Suite 7200
Chicago, Illinois 60601
Telephone: 312/946-4299
Telecopier: 312/946-4272
Email: mccabe@bswb.com

2