IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC., <br><br> Defendant. | CASE NO. 3:05-cv-545 |

**MOTION GRANTED**

THIS 1st DAY OF November, 20 06

_____
UNITED STATES MAGISTRATE JUDGE

### JOINT MOTION TO EXTEND DEADLINE FOR FILING DISMISSAL DOCUMENTS

COME NOW counsel for Plaintiffs and counsel for Defendant and request a ten (10) day extension until November 10, 2006, to file the appropriate dismissal documents as ordered in this Court's September 26, 2006, Order. As grounds therefore, the parties state as follows:

1. The parties mediated this case on September 20, 2006.

2. This Court issued an Order on September 26, 2006, ordering the parties to file the appropriate dismissal documents with this Court on or before October 20, 2006.

3. The parties are still working on the paperwork. A second draft of the proposed Release is currently being reviewed by the Defendant and the parties request an additional ten (10) days to finalize closing documents and file them with this Court.

WHEREFORE, counsel for Plaintiffs and counsel for the Defendant request this Honorable Court to allow them ten (10) additional days until November 10, 2006, to file the appropriate dismissal documents with this Court.

1