IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY and SKILSTAF, INC., a corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIS INSURANCE SERVICES OF GEORGIA, INC. (f/k/a WILLIS CORROON CORPORATION OF GEORGIA, INC.),<br><br>    Defendant. | CASE NO. 3:05-cv-545 |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Evanston Insurance Company and SkilStaf, Inc. and Defendant Willis Insurance Services of Georgia, Inc. (f/k/a Willis Corroon Corporation of Georgia, Inc.), by and through their undersigned counsel of record, stipulate that the above-styled action be and is hereby dismissed with prejudice. Each party to bear its own fees and costs.

                                          Respectfully submitted,


                                        /s/ Tabor R. Novak, Jr.
                                        Tabor R. Novak, Jr.
                                        One of the Attorneys for Plaintiffs

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36102-2148

Regina McCabe
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 E. Randolph Drive
Suite 7200
Chicago, IL 60601

/s/ Rusha C. Smith
Rusha C. Smith
One of the Attorneys for Defendant

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: rsmith@bradleyarant.com

George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: gparker@bradleyarant.com